IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **I.E.L. MANUFACTURING LTD.**, a Canadian corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**RISE SOLUTIONS LLC**, an Oregon limited liability company dba **RISE METAL ROOFING**, and **VICTOR M. GONZALEZ**, an individual,<br><br>　　　　　Defendants. | Case No. 3:21-cv-796-JR<br><br>**DEFAULT JUDGMENT** |

　　　　Based on the Court's Opinion and Order, ECF 17, **IT IS ADJUDGED** that Plaintiff's Motion for Default Judgment, ECF 14, is GRANTED. The Court ORDERS that Defendants Rise Solutions LLC dba Rise Metal Roofing, and Victor M. Gonzalez—as well as their officers, directors, partners, agents, subcontractors, employees, representatives, franchisees, licensees, subsidiaries, parents, and related companies or entities, and all others acting in concert or in privity with Defendants—are permanently enjoined from using "INTERLOCK," "INTERLOCKING," and other words, symbols, or logos confusingly similar to Plaintiff's

PAGE 1 – DEFAULT JUDGMENT

INTERLOCK trademark for roofing products and roofing services as a trademark or otherwise in advertising, promoting, or offering services of a business relating to roofing.

The Court ORDERS that Defendants Rise Solutions LLC dba Rise Metal Roofing, and Victor M. Gonzalez—as well as their officers, directors, partners, agents, subcontractors, employees, representatives, franchisees, licensees, subsidiaries, parents, and related companies or entities, and all others acting in concert or in privity with Defendants: (1) remove all pages and menus at any and all websites in any Defendant's possession, custody, or control, including at risemetalroofing.com that include "INTERLOCK," "INTERLOCKING," or any colorably similar words or phrases; and (2) remove from all social media accounts any uses of "INTERLOCK," "INTERLOCKING," or any colorably similar words or phrases.

The Court ORDERS that Defendants pay Plaintiff $402 for the cost of its filing fees.

DATED this 27th day of October, 2021.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – DEFAULT JUDGMENT